1 | PETER C. ANDERSON
United States Trustee
2 | **FRANK CADIGAN (Bar No. 95666)**
**Assistant United States Trustee**
3 | OFFICE OF THE UNITED STATES TRUSTEE
RONALD REAGAN FEDERAL BUILDING &
4 |     UNITED STATES COURTHOUSE
411 W. Fourth St., Ste. 9041
5 | Santa Ana, CA 92701-8000
Telephone:  (714) 338-3400
6 | Facsimile:  (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: | ) | CHAPTER 11 |
|---|---|---|
| 5th AVENUE PARTNERS, LLC, | ) | CASE NO.: **8:10-bk-18667-ES** |
| | ) | |
| | ) | APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following seven (7) members to serve on a Committee of Creditors holding unsecured claims.

**SEE EXHIBIT A ATTACHED**

DATED:    7/21/2010         Respectfully submitted,
                            OFFICE OF THE UNITED STATES TRUSTEE

                            /s/ Frank Cadigan
                            _____
                            FRANK CADIGAN
                            ASSISTANT U.S. TRUSTEE

1 | IN RE:    5th AVENUE PARTNERS, LLC
2 | CASE NO.: 8:10-bk-18667-ES

3 | OTIS ELEVATOR
  | ATTN: DENNIS G. COSSO
4 | 414 S. FIRST AVE.
  | ARCADIA, CA 91006
5 | TEL: (626) 574-8000
  | FAX: (626) 574-8081
6 |
  | CALIFORNIA COMFORT SYSTEMS USA, INC.
7 | ATTN: JOHN M. TURNER, ESQ.
  | TURNER & MAASCH, INC.
8 | 550 WEST "C" ST., #1160
  | SAN DIEGO, CA 92101
9 | TEL: (619) 237-1212
  | FAX: (619) 237-0325
10|
11| WIRTZ TILE & STONE, INC.
  | ATTN: FREDERICK C. PHILLIPS, ESQ.
12| 701 "B" ST., #1190
  | SAN DIEGO, CA 92101
13| TEL: (619) 231-8380
  | FAX: (619) 233-1223
14|
  | RAYMOND-SAN DIEGO, INC.
15| ATTN: TRAVIS WINSOR
  | 520 W. WALNUT AVE.
16| ORANGE, CA 92868
  | TEL: (714) 771-7670
17| FAX: (714) 633-1558
18|
  | DYNAELECTRIC CO.
19| ATTN: PHIL PETERSEN
  | 9505 CHESAPEAKE DR.
20| SAN DIEGO, CA 92123
  | TEL: (858) 712-4700
21| FAX: (858) 712-4701
22|
  | TOWNSEND LIGHTING LLC
23| ATTN: T. TORMA
  | 2 DOMINION CT.
24| RANCHO MIRAGE, CA 92270
  | TEL: (310) 339-1224
25| FAX: (310) 693-8030
26|
  | //
27|
  | //
28|

-2-

1  JEFFREY TROTT INDUSTRIES, INC.
   ATTN: JEFFREY J. TROTT
2  1934 NO. ENTERPRISE ST.
   ORANGE, CA 92865
3  TEL: (714) 974-1008 EXT. 111
   FAX: (714) 974-3723
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                              EXHIBIT A

28

- 3 -

1

| In re: 5TH AVENUE PARTNERS, LLC          Debtor(s). | CHAPTER 11 |
|---|---|
| | CASE NUMBER 8:10-bk-18667-ES |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
411 W. FOURTH ST., #9041, SANTA ANA, CA 92701

The foregoing document **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **JULY 21, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Kavita Gupta    kgupta@winthropcouchot.com
- Garrick A Hollander    sconnor@winthropcouchot.com
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

    Service information continued on attached page


**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **JULY 21, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

5th Avenue Partners, LLC, *Debtor,* 4300 Campus Dr Ste 214, Newport Beach, CA 92660

See attached Exhibit A

    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JULY 21, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Erithe Smith–Bin outside Rm 5097

    _____Service information continued on attached page


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| JULY 21, 2010 | TARI KING | /s/ Tari King |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1