Ali M.M. Mojdehi, State Bar No. 123846
Janet D. Gertz, State Bar No. 231172
Brian W. Byun, State Bar No. 264506
**BAKER & McKENZIE LLP**
12544 High Bluff Drive, Third Floor
San Diego, CA  92130-3051
Telephone: +1 858 523 6200

Attorneys for
Official Creditors' Committee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>5TH AVENUE PARTNERS, LLC,<br>a California Limited Liability Company,<br><br>Debtor,<br>_____<br>OFFICIAL CREDITORS' COMMITTEE,<br><br>Plaintiff,<br>v.<br><br>WESTLB AG, aka WESTLB AG, NEW YORK BRANCH, a German banking corporation acting through its New York branch; CHICAGO TITLE INSURANCE COMPANY, a Nebraska corporation; CHICAGO TITLE COMPANY, a California corporation; BANKRUPTCY ESTATE OF FIFTH AVENUE PARTNERS, LLC, a California limited liability company; HIGHLAND PARTNERSHIP, INC., a California corporation; CITY OF SAN DIEGO, OFFICE OF THE CITY TREASURER; ALCALA COMPANY, INC., a California corporation; ALLIED WEST CONSTRUCTION, INC., a Nevada corporation; AMPAM COMMERCIAL SHERWOOD MECHANICAL, INC., a California corporation; ANGUS ASPHALT, INC., a California corporation; ARISE SCAFFOLDING & EQUIPMENT, INC., a California corporation, d/b/a ARISE WACO SCAFFOLDING & EQUIPMENT; ATLAS CONSTRUCTION SUPPLY, a California | **Case No.  8:10-bk-18667-ES**<br><br>**Adv. Case No. 10-_____**<br><br>**Chapter 11**<br><br>**COMPLAINT FOR DECLARATORY RELIEF**<br><br>**JUDGE:   Hon. Erithe A. Smith** |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO.  8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

| | |
|---|---|
| 1 | corporation; B.E.E. CONSULTING, LLC, a Washington limited liability company; |
| 2 | BUXCON SHEET METAL, INC., a California corporation; THE CC, CAF, SUPPLEMENTAL |
| 3 | DUES AND CLIC FUNDS, fringe benefit trust funds; CALIFORNIA COMFORT SYSTEMS |
| 4 | USA, INC., a California corporation; CALIFORNIA CONCRETE ACCESSORIES, a |
| 5 | California corporation; CALIFORNIA SHEET METAL WORKS, INC., a California |
| 6 | corporation; CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a |
| 7 | California non-profit corporation; BOARD OF TRUSTEES FOR THE CARPENTERS |
| 8 | SOUTHWEST TRUST; CASPER'S CONCRETE CUTTING, INC., a California |
| 9 | corporation, d/b/a CASPER COMPANY, INC.; CECILIA'S SAFETY SERVICE, INC., a |
| 10 | California corporation; CEMENT CUTTING, INC., a California corporation; |
| 11 | CONSTRUCTION TESTING & ENGINEERING, INC., a California |
| 12 | corporation; CUSTOM WINDOW COMPANY, a Colorado corporation; CUT 'N CORE, INC., a |
| 13 | California corporation; DECTON TRADE SOLUTIONS, an unknown entity; DIAMOND |
| 14 | ENVIRONMENTAL SERVICES, LLC, a California limited liability company; |
| 15 | DIVERSIFIED WINDOW COVERINGS, INC., a California corporation; DIVISION 8, INC., a |
| 16 | California corporation; DYNALECTRIC COMPANY, a Delaware corporation; EL |
| 17 | CAMINO RENTAL, an unknown entity; EHMCKE SHEET METAL CORP., a |
| 18 | California corporation; FLORENTINE COMPANY, a California corporation; |
| 19 | GABBARD HARDWARE CO., INC., a California corporation; GO-STAFF, INC., a |
| 20 | California corporation; HAR-BRO CONSTRUCTION & CONSULTING, INC., a |
| 21 | Nevada corporation; HARRIS CONCRETE, INC., a California corporation; HD SUPPLY |
| 22 | WHITE CAP CONSTRUCTION SUPPLY, a Delaware corporation; HHC, INC., a California |
| 23 | corporation; HHC CONSTRUCTION, INC., a California corporation; HMS |
| 24 | CONSTRUCTION, INC., a California corporation; HORIZON PAINTING CO. INC., |
| 25 | a California corporation; HOWARD'S RUG COMPANY OF SAN DIEGO, INC., a |
| 26 | California corporation; IAN MURRAY GILL, an individual, a/k/a IAN M. GILL; ISEC, INC., |
| 27 | a Colorado corporation; J.R. CONSTRUCTION, INC., a California |
| 28 | corporation; MARTIN ROOFING COMPANY, |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

| | |
|---|---|
| 1 | INC., a California corporation; McKINLEY EQUIPMENT CORPORATION, a California |
| 2 | corporation; O.J. INSULATION, L.P., a Delaware limited partnership; OTIS |
| 3 | ELEVATOR CO., a New Jersey corporation; PINE TREE LUMBER COMPANY, L.P., a |
| 4 | California limited partnership; PROGRESSIVE STEEL FABRICATORS, INC., a California |
| 5 | corporation; QUALITY CABINET & FIXTURE COMPANY, a California |
| 6 | corporation; RJB ENTERPRISES, INC., a California corporation, d/b/a ULTIMATE |
| 7 | COMMUNICATION SYSTEMS; R.W. SMITH & CO., a California corporation; RAYMOND- |
| 8 | SAN DIEGO, INC., a California corporation; RONALD JULIAN CHAVEZ, an individual, |
| 9 | a/k/a RON CHAVEZ, d/b/a SAN DIEGO CONSTRUCTION WELDING, a sole |
| 10 | proprietorship; RSI ROOFING, an unknown entity; SAN DIEGO BAY AREA ELECTRIC, |
| 11 | INC., a California corporation; SAN DIEGO COUNTY CONSTRUCTION LABORERS' |
| 12 | TRUST FUNDS, fringe benefit trust funds; SAN DIEGO STEEL HOLDINGS GROUP, |
| 13 | INC., a California corporation, f/k/a PACIFIC COAST STEEL, INC.; SHELDON SITE |
| 14 | UTILITIES, INC., a California corporation; SOUTHWEST CARPENTERS TRUST |
| 15 | FUNDS, fringe benefit trust funds; FLOYD CLAY, solely in his capacity as FIDUCIARY |
| 16 | for the SOUTHWEST CARPENTERS TRUST FUNDS; SPIDER, a division of CALIFORNIA |
| 17 | SAFEWORKS, L.P., a Washington limited partnership; STERLING CORPORATE |
| 18 | CUSTOM ELEVATOR INTERIORS, a California corporation; SUNSTATE |
| 19 | EQUIPMENT CO., LLC, a Delaware limited liability company; T-P ACOUSTICS, INC.- |
| 20 | CALIFORNIA, an Arizona corporation; TANNERHECT, INC., a California corporation, |
| 21 | d/b/a TANNERHECHT ARCHITECTURE; TEG STAFFING, INC., a California |
| 22 | corporation, d/b/a CONTRACTORS & BUILDERS; TURNER CONSTRUCTION |
| 23 | COMPANY, a New York corporation; WESTERN FIRE PROTECTION, INC., a |
| 24 | California corporation; WESTYE GROUP – WEST INC., a California corporation, d/b/a |
| 25 | SUB ZERO WOLF; WHILLOCK CONTRACTING, INC., a California |
| 26 | corporation; WIRTZ TILE & STONE, INC., a California corporation, |
| 27 | Defendants. |
| 28 | |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO.  8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

THE PLAINTIFF, Official Creditors' Committee ("Plaintiff" or "Committee") appointed in the chapter 11 bankruptcy case of Fifth Avenue Partners, LLC, a California limited liability company (the "Debtor" or "FAP"), by and through its undersigned counsel, hereby brings this Complaint for Declaratory Relief ("Complaint") against DEFENDANTS, WestLB AG, aka WestLB AG, New York Branch, a German banking corporation acting through its New York branch, individually, as Lender, and as administrative agent for each of the Lenders (as that term is defined in that certain Loan and Security Agreement dated as of May 23, 2006) (collectively, "WestLB"); each of the Lenders;[1] the Debtor and chapter 11 bankruptcy estate of FAP; Chicago Title Insurance Company, a Nebraska corporation; Chicago Title Company, a California corporation; FAP's former general contractor, Highland Partnership, Inc., a California corporation ("HPI"); the City of San Diego, Office of the City Treasurer, which has recorded a lien on the Real Property (as defined below); and the following holders of mechanics' liens recorded against that certain real property owned by FAP located at 1047 5th Avenue, San Diego, CA  92101,[2] with a legal description of Lots B, C, D, J and K in Block 35 of Horton's Addition, in the City of San Diego, County of San Diego, State of California, according to map thereof made by L.L. Lockling on file in the office of the Recorder of San Diego County (the "Real Property"), in connection with a work of improvement on the Real Property consisting of a luxury boutique hotel called the Diegan Hotel, aka the Sè San Diego Hotel, aka Setai San Diego – The Diegan Hotel (the "Hotel" or the "Project") (collectively, the "Mechanics Lienholders"): Alcala Company, Inc. a California corporation; Allied West Construction, Inc., a Nevada corporation; AMPAM Commercial Sherwood Mechanical, Inc., a California corporation; Angus Asphalt, Inc., a California corporation; Arise Scaffolding & Equipment, Inc., a California corporation, d/b/a Arise Waco Scaffolding & Equipment; Atlas Construction Supply, a California corporation; B.E.E. Consulting, LLC, a Washington limited liability company; Buxcon Sheet Metal, Inc., a California corporation; The CC, CAF, Supplemental Dues and CLIC Funds, fringe benefit trust funds; California Comfort Systems USA, Inc., a

---

[1] Plaintiff reserves the right to amend this Complaint to specifically identify each of the Lenders, as such becomes known.

[2] Other addresses for the Hotel include 1050 5th Avenue, 1050 6th Avenue and 1060 6th Avenue.

4

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO.  8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

California corporation; California Concrete Accessories, a California corporation; California Sheet Metal Works, Inc., a California corporation; Carpenters Southwest Administrative Corporation, a California non-profit corporation; Board of Trustees for the Carpenters Southwest Trust; Casper's Concrete Cutting, Inc., a California corporation, d/b/a Casper Company, Inc.; Cecilia's Safety Service, Inc., a California corporation; Cement Cutting, Inc., a California corporation; Construction Testing & Engineering, Inc., a California corporation; Custom Window Company, a Colorado corporation; Cut 'N Core, Inc., a California corporation; Decton Trade Solutions, an unknown entity; Diamond Environmental Services, LLC, a California limited liability company; Diversified Window Coverings, Inc., a California corporation; Division 8, Inc., a California corporation; Dynalectric Company, a Delaware corporation; El Camino Rental, an unknown entity; Ehmcke Sheet Metal Corp., a California corporation; Florentine Company, a California corporation; Gabbard Hardware Co., Inc., a California corporation; Go-Staff, Inc., a California corporation; Har-Bro Construction & Consulting, Inc., a Nevada corporation; Harris Concrete, Inc., a California corporation; HD Supply White Cap Construction Supply, a Delaware corporation; HHC Inc., a California corporation; HHC Construction, Inc., a California corporation; HMS Construction, Inc., a California corporation; Horizon Painting Co. Inc., a California corporation; Howards Rug Company of San Diego, Inc., a California corporation; Ian Murray Gill, an individual, a/k/a Ian M. Gill; ISEC, Inc., a Colorado corporation; J.R. Construction, Inc., a California corporation; Martin Roofing Co., a California corporation; McKinley Equipment Corporation, a California corporation; O.J. Insulation, L.P., a Delaware limited partnership; Otis Elevator Co., a New Jersey corporation; Pine Tree Lumber Company, L.P., a California limited partnership; Progressive Steel Fabricators, Inc., a California corporation; Quality Cabinet & Fixture Company, a California corporation; RJB Enterprises, Inc., a California corporation, d/b/a Ultimate Communication Systems; R.W. Smith & Co., a California corporation; Raymond-San Diego, Inc., a California corporation; Ronald Julian Chavez, an individual, a/k/a Ron Chavez, d/b/a San Diego Construction Welding, a sole proprietorship; RSI Roofing, an unknown entity; San Diego Bay Area Electric, Inc., a California corporation; San Diego County Construction Laborers' Trust Funds, fringe benefit trust funds; San Diego Steel Holdings Group, a California corporation, f/k/a Pacific Coast Steel, Inc.; Sheldon Site Utilities, Inc., a

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

California corporation; Southwest Carpenters Trust Funds, fringe benefit trust funds; Floyd Clay, solely in his capacity as Fiduciary for the Southwest Carpenters Trust Funds; Spider, a division of California Safeworks, L.P., a Washington limited partnership; Sterling Corporate Custom Elevator Interiors, a California corporation; Sunstate Equipment Co., LLC, a Delaware limited liability company; T-P Acoustics, Inc.-California, an Arizona corporation; Tannerhecht, Inc., a California corporation, d/b/a Tannerhecht Architecture; Teg Staffing, Inc., a California corporation, d/b/a Contractors & Builders; Turner Construction Company, a New York corporation; Western Fire Protection, Inc., a California corporation; Westye Group – West Inc., a California corporation, d/b/a Sub Zero Wolf; Whillock Contracting, Inc., a California corporation; and Wirtz Tile & Stone, Inc., a California corporation.

In support of its Complaint, the Committee alleges as follows:

## I.

## PRELIMINARY STATEMENT

By this Complaint, the Committee seeks a declaration that the liens of each of the Mechanics Lienholders have priority over the WestLB Lien (as such is defined below) and any other lien recorded against the Real Property subsequent to the date of the commencement of the Hotel constituting the work of improvement on the Real Property. The WestLB Lien was recorded subsequent to the date of the commencement of the work of improvement. Furthermore, both the ongoing labor and the effects of this work of improvement, which existed at the time of the recording of the WestLB Lien were apparent, visible, and of a permanent nature. Moreover, labor by one or more trades continued on the work of improvement, without cessation and in a continuous and visible fashion, from the time work was first commenced on the Hotel in February 2006 until the Hotel was completed at some time prior to the Petition Date. As such, the Mechanics Lienholders have priority over the West LB Lien, as well as any other lien, mortgage or deed of trust recorded against title to the Real Property subsequent to commencement of the Hotel work of improvement.

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

## II.

## JURISDICTION AND VENUE

1. This adversary proceeding is one to determine the priority or extent of a lien and a proceeding to obtain a declaratory judgment relating to same, brought pursuant to 28 U.S.C. § 2201 and Bankruptcy Rule 7001.

2. This Court has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334(b) and other applicable law.

3. The Court has personal jurisdiction over each of the Defendants to this adversary proceeding.

4. Venue is in the Central District of California pursuant to 28 U.S.C. § 1409(a), as the underlying bankruptcy case was filed in this district.

5. This adversary proceeding is a core proceeding as defined by 28 U.S.C. § 157(b)(2)(A), (K) and (O).

## III.

## THE PARTIES

**A.  The Debtor**

6. The Debtor, FAP, is a California limited liability company, with its principal place of business located in Newport Beach, California, whose substantial asset is the Real Property, and upon which the Hotel is located. The Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code[3] (the "Bankruptcy Case") on June 25, 2010 (the "Petition Date"). The Debtor is currently operating as a debtor in possession under chapter 11 of the Bankruptcy Code. No trustee has been appointed. No plan of reorganization has been confirmed in the Bankruptcy Case.

**B.  The Plaintiff**

7. On July 21, 2010, the Committee was appointed by the Office of the United States Trustee pursuant to section 1102 of the Bankruptcy Code to represent the interests of (i) those similarly situated creditors who carried out the work of improvement on the Project and/or supplied

---

[3] All references to the Bankruptcy Code herein refer to Title 11 U.S. Code, section 101 *et seq.*

7

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO.  8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

labor and materials to the Project from approximately February of 2006 and who hold a mechanic's lien for amounts unpaid by the Debtor prior to the Petition Date; and (ii) general unsecured creditors of the Debtor's estate.

8. Pursuant to section 1103 of the Bankruptcy Code, the Committee is vested with certain statutory powers, including the performance of services in the interests of the constituencies it represents.

9. As of the filing of the Complaint, no bar date for the filing of proofs of claim has been set in the Bankruptcy Case. As of the filing of the Complaint, the proofs of claim filed against the estate by creditors asserting mechanics' liens total over 2.5 million. The quantum of the mechanics' liens recorded against title to the Real Property and upon which the Project is located total over $23 million.

**C.    The Defendants**

10. WestLB is a German banking corporation acting through its New York branch, which is located at 1211 Avenue of the Americas, New York, New York 10036. WestLB is a prepetition secured lender of the Debtor. Its loan to the Debtor was evidenced by that certain Promissory Note Secured by Deed of Trust, the maker being FAP (the "Promissory Note"), as well as by that certain Loan and Security Agreement dated as of May 23, 2006 entered into between FAP and WestLB (the "Loan and Security Agreement"). Under the Promissory Note, WestLB is the Lender and, pursuant to the Loan and Security Agreement, also acts as "'Administrative Agent" for itself and such other co-lenders as may exist from time to time (collectively, the "Lenders" and each individually, a "Lender")." The Promissory Note is secured by that certain Construction Loan Deed of Trust with Security Agreement, Assignment of Leases and Rents and Fixture Filing made among FAP (as Trustor), Chicago Title Insurance Company ("Chicago Title Insurance") (as Trustee) and WestLB (as Beneficiary), dated as of and recorded on May 23, 2006 against the Property (collectively, the "Deed of Trust," and the lien, the "WestLB Lien"). The loan under the Promissory Note is in the principal amount of $67,815,000.00 (the "Loan").

11. Chicago Title Insurance, a Nebraska corporation, was the original trustee under the Deed of Trust. On or about March 22, 2010, WestLB substituted Chicago Title Insurance as trustee

8

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA  92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO.  8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

under the Deed of Trust with Chicago Title Company ("<u>Chicago Title</u>"), a California corporation, whose address is 560 E. Hospitality Lane, San Bernardino, California 92408.

12. HPI was FAP's general contractor until May 2008, when it was terminated by FAP. HPI has recorded a mechanic's lien against the Real Property.

13. The City of San Diego, Office of the City Treasurer, has recorded a lien against the Real Property, which under information and belief, relates to transient occupancy taxes, which, also upon information and belief, the City asserts remain unpaid by the Debtor.

14. The following are all holders of liens believed to be mechanics' liens recorded against the Real Property and who carried out the work of improvement on the Project and/or supplied labor and materials to the Project from and after approximately February of 2006 (collectively, the "<u>Mechanics Lienholders</u>"):

    a. Alcala Company, Inc. a California corporation;

    b. Allied West Construction, Inc., a Nevada corporation;

    c. AMPAM Commercial Sherwood Mechanical, Inc., a California corporation;

    d. Angus Asphalt, Inc., a California corporation;

    e. Arise Scaffolding & Equipment, Inc., a California corporation, d/b/a Arise Waco Scaffolding & Equipment;

    f. Atlas Construction Supply, a California corporation;

    g. B.E.E. Consulting, LLC, a Washington limited liability company;

    h. Buxcon Sheet Metal, Inc., a California corporation;

    i. The CC, CAF, Supplemental Dues and CLIC Funds, fringe benefit trust funds;

    j. California Comfort Systems USA, Inc., a California corporation;

    k. California Concrete Accessories, a California corporation;

    l. California Sheet Metal Works, Inc., a California corporation;

    m. Carpenters Southwest Administrative Corporation, a California non-profit corporation;

    n. Board of Trustees for the Carpenters Southwest Trust;

9

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

| | | |
|---|---|---|
| 1 | o. | Casper's Concrete Cutting, Inc., a California corporation, d/b/a Casper |
| 2 | | Company, Inc.; |
| 3 | p. | Cecilia's Safety Service, Inc., a California corporation; |
| 4 | q. | Cement Cutting, Inc., a California corporation; |
| 5 | r. | Construction Testing & Engineering, Inc., a California corporation; |
| 6 | s. | Custom Window Company, a Colorado corporation; |
| 7 | t. | Cut 'N Core, Inc., a California corporation; |
| 8 | u. | Decton Trade Solutions, an unknown entity; |
| 9 | v. | Diamond Environmental Services, LLC, a California limited liability |
| 10 | | company; |
| 11 | w. | Diversified Window Coverings, Inc., a California corporation; |
| 12 | x. | Division 8, Inc., a California corporation; |
| 13 | y. | Dynalectric Company, a Delaware corporation; |
| 14 | z. | El Camino Rental, an unknown entity; |
| 15 | aa. | Ehmcke Sheet Metal Corp., a California corporation; |
| 16 | bb. | Florentine Company, a California corporation; |
| 17 | cc. | Gabbard Hardware Co., Inc., a California corporation; |
| 18 | dd. | Go-Staff, Inc., a California corporation; |
| 19 | ee. | Har-Bro Construction & Consulting, Inc., a Nevada corporation; |
| 20 | ff. | Harris Concrete, Inc., a California corporation; |
| 21 | gg. | HD Supply White Cap Construction Supply, a Delaware corporation; |
| 22 | hh. | HHC Inc., a California corporation; |
| 23 | ii. | HHC Construction, Inc., a California corporation; |
| 24 | jj. | HMS Construction, Inc., a California corporation; |
| 25 | kk. | Horizon Painting Co. Inc., a California corporation; |
| 26 | ll. | Howards Rug Company of San Diego, Inc., a California corporation; |
| 27 | mm. | Ian Murray Gill, an individual, a/k/a Ian M. Gill; |
| 28 | nn. | ISEC, Inc., a Colorado corporation; |

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

oo.     J.R. Construction, Inc., a California corporation;

pp.     Martin Roofing Co., a California corporation;

qq.     McKinley Equipment Corporation, a California corporation;

rr.     O.J. Insulation, L.P., a Delaware limited partnership;

ss.     Otis Elevator Co., a New Jersey corporation;

tt.     Pine Tree Lumber Company, L.P., a California limited partnership;

uu.     Progressive Steel Fabricators, Inc., a California corporation;

vv.     Quality Cabinet & Fixture Company, a California corporation;

ww.     RJB Enterprises, Inc., a California corporation, d/b/a Ultimate Communication Systems;

xx.     R.W. Smith & Co., a California corporation;

yy.     Raymond-San Diego, Inc., a California corporation;

zz.     Ronald Julian Chavez, an individual, a/k/a Ron Chavez, d/b/a San Diego Construction Welding, a sole proprietorship;

aaa.     RSI Roofing, an unknown entity;

bbb.     San Diego Bay Area Electric, Inc., a California corporation;

ccc.     San Diego County Construction Laborers' Trust Funds, fringe benefit trust funds;

ddd.     San Diego Steel Holdings Group, a California corporation, f/k/a Pacific Coast Steel, Inc.;

eee.     Sheldon Site Utilities, Inc., a California corporation;

fff.     Southwest Carpenters Trust Funds, fringe benefit trust funds;

ggg.     Floyd Clay, solely in his capacity as Fiduciary for the Southwest Carpenters Trust Funds;

hhh.     Spider, a division of California Safeworks, L.P., a Washington limited partnership;

iii.     Sterling Corporate Custom Elevator Interiors, a California corporation;

jjj.     Sunstate Equipment Co., LLC, a Delaware limited liability company;

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

kkk. T-P Acoustics, Inc.-California, an Arizona corporation;

lll. Tannerhecht, Inc., a California corporation, d/b/a Tannerhecht Architecture;

mmm. Teg Staffing, Inc., a California corporation, d/b/a Contractors & Builders;

nnn. Turner Construction Company, a New York corporation;

ooo. Western Fire Protection, Inc., a California corporation;

ppp. Westye Group – West Inc., a California corporation, d/b/a Sub Zero Wolf;

qqq. Whillock Contracting, Inc., a California corporation; and

rrr. Wirtz Tile & Stone, Inc., a California corporation

15. The Debtor and its chapter 11 estate.

16. Each of the above parties described in Paragraphs 9 through 15 are collectively referred to herein as the "Defendants."

## IV.

## FACTUAL BACKGROUND

17. The Debtor is the owner and developer of the Real Property, upon which, in February of 2006, it commenced construction of the Hotel, located at 1047 5th Avenue, between C Street and Broadway in the City of San Diego.

18. The Hotel is comprised of 184 guest rooms, including 37 suites and three penthouse suites, a 5,500 square-foot spa, one restaurant, a rooftop bar and lounge, approximately 20,000 square feet of banquet space and meeting rooms, a rooftop outdoor pool and a fitness center. The Hotel also has 23 unsold condominium units.

19. FAP entered into a Construction Agreement with Highland Partnership, Inc. ("HPI") "made" on August 18, 2004 and entered into as of August 26, 2004, to build the Hotel, which was amended by the Amendment No. 1, entered into as of March 20, 2006 (collectively, the "Construction Agreement"). The "Project" as defined under the Construction Agreement was "Diegan Hotel an 18-story 170 room hotel . . ." A true and correct copy of the Construction Agreement is attached hereto as **Exhibit "A"**.

20. Beginning in early 2006, HPI entered into an agreement entitled "Subcontract Form" with each of the Mechanics Lienholders, in substantial similarity to the form of agreement attached

12

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

hereto as **Exhibit "B"** ("Subcontract"). The Subcontract contained an integration clause in its Section 1, which incorporated by reference only those documents expressly referenced in Section 1 of the Subcontract. The Subcontract did not incorporate by reference the Construction Agreement.

21. The construction of the work of improvement comprising the Project commenced sometime in February 2006.

22. From and after February 2006, the Mechanics Lienholders performed significant work of a visible and permanent nature on the Project, including, without limitation:

    a. Between February 1, 2006 and April 30, 2006, Condon Johnson & Associates, Inc. ("Condon Johnson") performed shoring and underpinning work on the Project, as well as work related to the tower crane caissons and "below grade" "support structures" for the façade of the Hotel. A true and correct copy of a "Specialty Contractor Payment Request" from Condon Johnson, dated April 11, 2006, is attached hereto as **Exhibit "C"**.

    b. Between April 10 and April 14, 2006, employees of California Comfort Systems USA Inc. ("CCS") performed underground and "rough-in" plumbing work on the Project. A true and correct copy of a CCS employee's time card, dated April 16, 2006, is attached hereto as **Exhibit "D"**.

    c. At some time prior to April 18, 2006, Whillock Contracting, Inc. ("Whillock") performed excavation work related to "import & backfill vault" on the Project. A true and correct copy of a "Specialty Contractor Payment Request" from Whillock, dated April 18, 2006, is attached hereto as **Exhibit "E"**.

    d. On April 18, 2006, steel rebar and other materials to be used for construction of the tower crane and the tower crane footing were delivered to the Project by Pacific Coast Steel ("PCS"). A true and correct copy of certain "Release Reports" from PCS are attached collectively hereto as **Exhibit "F"**.

    e. At some time prior to April 19, 2006, Whitmore Steel, Inc. ("Whitmore") delivered steel beams, bracings, and cables and also performed work on the tower crane on the Project related to the steel beams, bracings and cables supplied by Whitmore. A true and correct

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

copy of a "Specialty Contractor Payment Request" from Whitmore, dated April 19, 2006, is attached hereto as **Exhibit "G"**.

    f. On April 19, 2006, a CCS employee performed further underground plumbing work on the Project. A true and correct copy of that employee's time card, dated "week ending 4/23/06," is attached hereto as **Exhibit "H"**.

    g. On April 20, 2006, two employees of PCS worked together for 8 hours to assemble and construct the tower crane pad on the Project. A true and correct copy of a PCS employee's time card, dated "week ending April 22, 2006," is attached hereto as **Exhibit "I"**.

    h. On April 21, 2006, an employee of Condon Johnson delivered a "grout plant" for masonry work then being conducted on the Project. A true and correct copy of that employee's time card, dated April 21, 2006, is attached hereto as **Exhibit "J"**.

    i. Between April 24 and April 28, 2006, a CCS employee performed more "rough-in" plumbing work on the Project on a daily basis. A true and correct copy of that employee's time card, dated "week ending 4-30-06," is attached hereto as **Exhibit "K"**.

    j. On or about April 25, 2006, HPI submitted its first payment application to cover the period from July 1, 2004 to April 25, 2006. The application shows that, as of April 25, 2006, among other things, earthwork, grading, backfill, potholing, façade bracing, and shoring had been substantially accomplished on the Project. A true and correct copy of the HPI "Monthly Billing Summary by Division" and "Monthly Billing Detail" for HPI's first application period up to April 25, 2006 are attached collectively hereto as **Exhibit "L"**.

    k. At some time prior to May 4, 2006, Harris Concrete, Inc. ("<u>Harris</u>") completed the tower crane foundation for construction of the Hotel. A true and correct copy of a "Specialty Contractor Payment Request" from Harris, dated May 4, 2006, is attached hereto as **Exhibit "M"**.

    l. Between May 1 and May 5, 2006, a CCS employee performed further "rough-in" plumbing work on the Project on a daily basis. A true and correct copy of that employee's time card, dated "week ending 5-7-06," is attached hereto as **Exhibit "N"**.

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

Case 8:10-bk-18667-ES    Doc 209    Filed 11/02/10    Entered 11/02/10 22:11:00    Desc
Main Document    Page 15 of 18

m.  Between May 8 and May 12, 2006, a CCS employee continued "rough-in" plumbing work on the Project on a daily basis. A true and correct copy of that employee's time card, dated "week ending 5-14-06," is attached hereto as **Exhibit "O"**.

n.  The tower crane for the construction of the Project was completely erected prior to May 23, 2006.

23.  In addition to the above labor that was bestowed upon and materials delivered to the Project in connection with the construction of the Hotel during the months prior to recordation of the Deed of Trust, there were two site observation reports prior to May 23, 2006 that further support the proposition that work commenced on the Project well prior to May 23, 2006:

a.  In a site observation report by structural engineers Murphy, Burr, Curry, Inc. ("MBC") and dated May 19, 2006, MBC noted that "[m]ass excavation and shoring installation [are] in progress." A true and correct copy of the MBC report is attached hereto as **Exhibit "P"**.

b.  In a site observation report by real estate lending consultants Merritt & Harris, Inc. ("M&H") and delivered to WestLB, M&H states that it visited the Project on May 23, 2006. Based on its observations of the Project on that day, M&H reports that:

(1) "[s]horing activities are complete and grading work is in progress";

(2) "[w]ork was active at the time of our site observation and appeared to be proceeding in a good and workmanlike manner";

(3) "[a]ccording to [HPI], approximately 50 workers have been on the job daily this period";

(4) "manpower count is acceptable for a project of this scope, and at this stage of construction";

(5) "[a] Contractor's Office and portable sanitation services are provided at the site";

(6) [s]ite grubbing has been completed and miscellaneous demolition is in progress. Excavating work is underway and is approximately 50% complete";

15

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

(7) "[b]racing of a historic façade on 5th Street [*sic* – Avenue] is substantially complete, including shoring and underpinning of east, south and west walls (below street-level)"; and

(8) "[m]onitoring of shoring and underpinning is in progress."

A true and correct copy of the M&H report is attached hereto as **Exhibit "Q"**. Photographs of the Property as it existed on May 23, 2006 can be found in the M&H Report at Bates Numbered pages 006765 and 006766. These photographs reveal that on May 23, 2006, substantial physical work had commenced on the Project that was apparent, visible, and of a permanent nature.

### V.

### FIRST CLAIM:
### THE LIENS OF MECHANICS LIENHOLDERS HAVE PRIORITY OVER THE WESTLB LIEN BECAUSE THE MECHANICS LIENHOLDERS' LIENS RELATE BACK TO THE INITIAL COMMENCEMENT OF THE CONSTRUCTION PROJECT IN FEBRUARY 2006

24. The Plaintiff incorporates herein by reference paragraphs 1 through 23 of this Complaint as though set forth in full therein.

25. The work of improvement comprising the Project commenced sometime in February 2006.

26. The commencement of the work of improvement comprising the Project predated the date of the recording of the WestLB Lien on May 23, 2006.

27. The liens of the Mechanics Lienholders have priority over the WestLB Lien.

28. The liens of the Mechanics Lienholders have priority over any other lien recorded following the commencement of the work of improvement comprising the Project.

29. Following commencement of the Project in February 2006, the work on the Project continued without cessation until the Hotel was completed at some time prior to the Petition Date.

30. The work on the Project, which commenced prior to the recordation of the WestLB Lien, included, without limitation, excavation, shoring, underpinning, trenching, plumbing, temporary power installation and maintenance, construction of the tower crane foundation, pad and tower crane itself, masonry, and steel beam and cable work.

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

31. The results of the labor and the ongoing work of improvement on the Project were both visible and permanent in nature at the time of the recording of the WestLB Lien.

32. The priority of each of the Mechanics Lienholders' liens relates back to the commencement of the work of improvement, regardless of when the lienable work was performed on the Project.

33. Therefore, each of the Mechanics Lienholders' liens relate back to the commencement of the Project in February 2006, and each of the Mechanics Lienholders liens have priority over the WestLB Lien, as well as any other lien that attached following the commencement of the Project in February 2006.

## VI.

## REQUEST FOR DECLARATORY JUDGMENT

34. The Plaintiff incorporates herein by reference paragraphs 1 through 33 of this Complaint as though set forth in full therein.

35. The facts alleged by Plaintiff show that there is a substantial controversy of sufficient immediacy and reality to warrant the issuance of a declaratory judgment by the Court.

36. The facts alleged by Plaintiff demonstrate that the Parties have adverse legal interests, and that valuable legal rights of the Parties are directly affected to a specific and substantial degree.

37. The Plaintiff has standing pursuant to section 1103 of the Bankruptcy Code.

38. There is an immediate danger of the Plaintiff, and the constituency it represents, sustaining a distinct and palpable injury to its legal rights absent the determination of this controversy by the Court.

39. The distinct and palpable injury to the legal rights of Plaintiff and the constituency it represents is real and not conjectural.

WHEREFORE, the Plaintiff prays for Judgment against the Defendants as follows:

1. For a declaration that a work of improvement constituting the Project commenced in February 2006;

2. Fore a declaration that the liens of the Mechanics Lienholders relate back to February 2006 and have priority over the WestLB Lien;

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF

3. For a declaration that the liens of the Mechanics Lienholders have priority over any other lien that may have attached to the Real Property following the commencement of the Project in February 2006;

4. For an award of attorney fees and costs; and

5. For such other and further relief as the Court deems just and proper.

Dated: November 2, 2010

BAKER & McKENZIE LLP

By:/s/ Ali M.M. Mojdehi
Ali M.M. Mojdehi
Janet D. Gertz
Brian W. Byun
Attorneys for Official Creditors'
Committee

18

Baker & McKenzie LLP
12544 High Bluff Drive,
Third Floor
San Diego, CA 92130
+1 858 523 6200

SDODMS1/709165.4

CASE NO. 8:10-BK-18667-ES
ADV. CASE NO. 10-_____
COMPLAINT FOR DECLARATORY RELIEF