MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
PAYAM KHODADADI – State Bar No. 239906
pkhodadadi@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel
for Debtor and Debtor-in-Possession

FILED & ENTERED

JAN 13 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>5TH AVENUE PARTNERS, LLC,<br>a California limited liability company,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:10-bk-18667-ES<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO GRANT SECURITY INTEREST IN UNEARNED PREMIUMS**<br><br>[No Hearing Necessary] |

The Court having read and considered the Debtor's Motion for Order Authorizing Debtor to Enter into Insurance Premium Finance Agreement and to Grant Security Interest in Unearned Premiums, Memorandum of Points and Authorities and Declaration of John D. Bailey in Support Thereof (the "Motion"), the *Declaration of Payam Khodadadi re Entry of Order Without Hearing Pursuant to LBR 9013(o)*, and the pleadings and other documents on file in this Chapter 11 proceeding, noting that no opposition was filed, and finding that the notice given of the hearing on the Motion was sufficient, and for other good and adequate cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted;

2. 5th Avenue Partners, LLC, the debtor and debtor in possession (the "Debtor") is authorized to enter into the Premium Finance Agreement ("Agreement") with AFCO (Credit or Acceptance) Corp. ("AFCO"), in substantially the form attached to the Declaration of John D. Bailey, filed in support of the Motion, as Exhibit "1," pursuant to 11 U.S.C. § 364(c)(2) of the Bankruptcy Code;

3. The terms of the Agreement, including all rights and privileges granted to AFCO therein, are approved;

4. AFCO is granted a first and only priority security interest in: (i) any and all unearned premiums and dividends which may become payable under the financed insurance policies for whatever reason and (ii) loss payments which reduce the unearned premiums, subject to any mortgagee or loss payee interests;

5. The Debtor is directed to pay AFCO all sums due pursuant to the Agreement;

6. In the event the Debtor defaults upon any of the terms of the Agreement, AFCO is authorized to exercise all of its rights without first securing an order of the Bankruptcy Court, including cancelling all insurance policies listed on the Agreement or any amendment thereto, and receive and apply all unearned insurance premiums to the account of the Debtor;

7. AFCO's rights under the Agreement and controlling state law are fully preserved and protected, and shall remain unimpaired by the pendency of the bankruptcy case or any

subsequent conversion of the Debtor's case to a case under Chapter 7 of the Bankruptcy Code; and

8. In the event the Debtor defaults in the repayment of the financed amount and the security provided to AFCO is not sufficient to repay AFCO in full, AFCO shall be provided an administrative expense claim for any shortfall by the Debtor on the repayment of the financed amount.

####

DATED: January 13, 2011

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO GRANT SECURITY INTEREST IN UNEARNED PREMIUMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ________________, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On January 4, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Erithe Smith**
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

Insurance Agent:
Marsh Risk & Insurance Services
Attn: Pam Petersen
4695 MacArthur Court, Suite 700
Newport Beach, CA 92660

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 4, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Debtor: John Bailey, Responsible Person: JohnBailey@prismhotels.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 4, 2011 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING DEBTOR'S MOTION FOR ORDER AUTHORIZING DEBTOR TO ENTER INTO INSURANCE PREMIUM FINANCE AGREEMENT AND TO GRANT SECURITY INTEREST IN UNEARNED PREMIUMS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 4, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

5th Avenue Partners, LLC
4300 Campus Dr Ste 214
Newport Beach, CA 92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Debtor: John Bailey, Responsible Person: JohnBailey@prismhotels.com

Via Mail:
Insurance Agent:
Marsh Risk & Insurance Services
Attn: Pam Petersen
4695 MacArthur Court, Suite 700
Newport Beach, CA 92660

**NEF SERVICE LIST:**

- Mark S Bagula MBagula@watkinsfirm.com, jrogitz@watkinsfirm.com
- Christine D Barker cbarker@muzilaw.com
- Christopher M Bunge cbunge@wthf.com
- Brian W Byun brian.byun@bakermckenzie.com
- Gary O Caris gcaris@mckennalong.com, pcoates@mckennalong.com
- Kathleen A Cashman-Kramer kcashman@psdslaw.com
- Kevin T Cauley kevin@sshbclaw.com
- Craig C Chiang cchiang@buchalter.com
- Dennis G Cosso dcossostaff@gmail.com
- Douglas M Field dfield@mrlawgroup.com
- Kevin C Fields KevinF@FieldsLG.com
- Janet D Gertz janet.d.gertz@bakernet.com
- Michael R Gibson ketterin@higgslaw.com
- Kavita Gupta kgupta@winthropcouchot.com
- Barry E Hager bhager@tahlaw.com
- Michael J Hauser michael.hauser@usdoj.gov
- Richard W Havel rhavel@sidley.com
- Murray M Helm mhelm@helm-law.com, psestak@helm-law.com
- Garrick A Hollander ghollander@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- John L Jones john.jones@limruger.com, john.jones@limruger.com;amy.lee@limruger.com
- Andrew J Kessler andrew.kessler@procopio.com, heather.lawson@procopio.com
- Payam Khodadadi pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Ali M Mojdehi ali.mojdehi@bakermckenzie.com, brian.byun@bakermckenzie.com
- Randall P Mroczynski randym@cookseylaw.com
- Frederick C Phillips kathy@philaw.com
- Kirsten A Roe kroe@wthf.com, dfunsch@wthf.com
- John M Turner hcw@tmsdlaw.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Dennis J Wickham wickham@scmv.com
- Marc J Winthrop mwinthrop@winthropcouchot.com, pj@winthropcouchot.com