United States Bankruptcy Court
For the Central District Of California

| | |
|---|---|
| 5th AVENUE PARTNERS LLC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 10-18667 |
| Debtor | } Amount $87,769.49 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ACE PARKING MANAGEMENT INC**
**645 ASH ST**
**SAN DIEGO, CA 92101**

The transfer of your claim as shown above in the amount of **$87,769.49** has been transferred to:

    Liquidity Solutions Inc
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By/s/Gerald Jospitre
    Liquidity Solutions Inc
    (201) 968-0001

246838

# TRANSFER NOTICE

ACE PARKING MGMT INC ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc. with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against 5th Avenue Partners, LLC (the "Debtor"), in the aggregate amount of ~~$87,769.00~~ representing all claims of Assignor pending against Debtor in the United States Bankruptcy Court, Central District of California, Santa Ana Division, administered as Case No. 10-18667.

$87,769.49 RJR

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2011.

WITNESS:
**ACE PARKING MGMT INC**                    Liquidity Solutions, Inc.

By: _____              By: _____
(Signature)                                 (Signature)

_____                   GERALD JOSPITRE
(Print Name and Title)                      (Print Name and Title)

246838